WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, #12303 (VA)
RAYMOND T. CHEUNG, SBN 176086
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5649
Fax No. (415) 625-5657
raymond.cheung@eeoc.gov
Attorneys for Plaintiff

KAUFMAN DOLOWICH VOLUCK & GONZO LLP
ELIZABETH WILLIAMS, ESQ. SBN 92374
ewilliams@kdvglaw.com
PAMELA E. WOODSIDE, ESQ. SBN 226212
pwoodside@kdvglaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601
Attorneys for Defendant
CONSTELLATION WINES U.S., INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATED EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br>v.<br><br>CONSTELLATION WINES U.S., INC. dba DUNNEWOOD VINEYARD,<br><br>Defendant. | CASE NO. CV 11-04437 JSW<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING THIS COURT'S JANUARY 3, 2012 ORDER REFERRING THE CASE TO ADR MEDIATION |

Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (hereinafter "Commission" or "EEOC") and Defendant CONSTELLATION WINES U.S., INC., (hereinafter "Constellation"), through their respective counsel, hereby stipulate to and jointly request that this Court modify the Order Selecting ADR Process, dated and entered on January 3, 2012 [Dkt. No. 21] providing that mediation be conducted within 90 days of said Order, which was subsequently amended by the Court's scheduling order [Dkt. No. 24] to be conducted by May 4,

STIPULATION AND [PROPOSED] ORDER MODIFYING ADR REFERRAL ORDER
EEOC v. CONSTELLATION WINES U.S., INC.
Case No. CV 11-04437 JSW

1

2012. Specifically, the parties seek the Court's permission to allow the mediation to be conducted by June 13, 201. Good cause exists for this request because an additional 40 days prior to mediation will allow the parties to complete the necessary discovery to enhance the likelihood of settlement. The parties have communicated with the Court's ADR Program's appointed mediator and the mediator and all parties and their clients are able to proceed with mediation on June 13, 2012.

Date: March 22, 2012         By:         /s/ Raymond T. Cheung
                                         RAYMOND T. CHEUNG
                                         Attorney for Plaintiff
                                         U.S. EEOC

Date: March 22, 2012         By:         /s/ Elizabeth Williams
                                         ELIZABETH WILLIAMS
                                         Attorney for Defendant
                                         CONSTELLATION WINES U.S., INC.

GENERAL ORDER 45 ATTESTATION

I, Raymond T. Cheung, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order for Continuance. In compliance with General Order 45, X.B., I hereby attest that Elizabeth Williams has concurred in this filing.

Date: March 22, 2012         By:         /s/ Raymond T. Cheung
                                         RAYMOND T. CHEUNG

## [Proposed] ORDER

**GOOD CAUSE APPEARING THEREFORE,** The Scheduling Order for the above captioned matter is hereby modified as follows:

CURRENT DEADLINE                                              NEW DEADLINE

Completion of mediation: 5-4-12                                    6/13/12

**IT IS SO ORDERED.**

Dated: April 3, 2012                        _____
                                            JUDGE JEFFREY S. WHITE
                                            United States District Court Judge