WILLIAM R. TAMAYO, SBN 084965
JONATHAN T. PECK, 12303 (VA)
RAYMOND T. CHEUNG, SBN 176086
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5649
Fax No. (415) 625-5657
E-mail: raymond.cheung@eeoc.gov

Attorneys for Plaintiff U.S. EEOC

KAUFMAN DOLOWICH VOLUCK & GONZO LLP
ELIZABETH WILLIAMS, ESQ. SBN 92374
ewilliams@kdvglaw.com
PAMELA E. WOODSIDE, ESQ. SBN 226212
pwoodside@kdvglaw.com
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 926-7600
Facsimile: (415) 926-7601

Attorneys for Defendant
CONSTELLATION WINES U.S., INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATED EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CONSTELLATION WINES U.S., INC. dba DUNNEWOOD VINEYARDS,<br><br>Defendant. | CASE NO. CV 11-04437 JSW<br><br>JOINT MOTION TO MODIFY SCHEDULING ORDER; DECLARATION; [PROPOSED] ORDER<br><br>Oral Argument Not Requested |

Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (hereinafter "Commission" or "EEOC") and Defendant CONSTELLATION WINES U.S., INC dba DUNNEWOOD VINEYARDS (hereinafter "Constellation"), through their respective counsel, hereby jointly move for a modification of the Court's January 30, 2012 Order Scheduling Trial and Pretrial Matters [Dkt. No. 24].

With the exception of a stipulation for additional time to conduct discovery prior to the Court

appointed ADR process, there has not been a prior modification of the Court's Scheduling Order in this case. As detailed in the accompanying Declaration, very good cause exists to grant the modification of the current Scheduling order.

| On behalf of Plaintiff U.S. EEOC | On behalf of Defendant Constellation Wines U.S., Inc. dba Dunnewood Vineyards |
|---|---|
| Dated: July 10, 2012 | Dated: July 10, 2012 |
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | KAUFMAN DOLOWICH VOLUCK & GONZO LLP |
| /s/ William R. Tamayo<br>William R. Tamayo, Regional Attorney | /s/ Elizabeth Williams<br>Elizabeth Williams<br>Attorney for Defendant |
| /s/ Jonathan T. Peck<br>Jonathan T. Peck, Supervisory Trial Attorney | |
| /s/ Raymond T. Cheung<br>Raymond T. Cheung, Senior Trial Attorney<br>Attorneys for Plaintiff U.S. EEOC | |

GENERAL ORDER 45 ATTESTATION

I, Raymond T. Cheung, am the ECF User whose ID and password are being used to file this Joint Motion to Modify Scheduling Order and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Elizabeth Williams has concurred in this filing.

Date: July 10, 2012    By:    /s/ Raymond T. Cheung
                                RAYMOND T. CHEUNG

///
///
///

## [Proposed] ORDER

GOOD CAUSE APPEARING THEREFORE, the Court's January 30, 2012 Scheduling Order is hereby modified as follows:

| Current Deadlines | New Deadlines |
|---|---|
| Jury Trial Date: 3/11/2013 | 4/1/2013 |
| Pretrial Conference: 2/11/2013 | 3/4/2013 |
| Last Day to Hear Dispositive Motions: 12/7/2012 | 1/25/2013 |
| Last Day for Expert Discovery: 11/7/2012 | 12/26/2012 |
| Close of Non-expert Discovery: 10/8/2012 | 11/26/2012 |
| Further Case Management Conference: 10/12/2012 | ~~11/23/2012~~ 12/7/12 |
| Joint Supplemental Case Management Statement due: 10/5/2012 | ~~11/16/2012~~ 11/30/12 |

IT IS SO ORDERED.

Dated: July 11, 2012

_____
HON. Jeffrey S. White
United States District Court Judge

Joint Motion to Modify
Scheduling Order & [Proposed] Order      3
C-11-04437 JSW