**WILLIAM R. TAMAYO, SBN 084965**
**JONATHAN T. PECK, 12303 (VA)**
**RAYMOND T. CHEUNG, SBN 176086**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5649**
**Fax No. (415) 625-5657**
**E-mail: raymond.cheung@eeoc.gov**

**Attorneys for Plaintiff U.S. EEOC**

**KAUFMAN DOLOWICH VOLUCK & GONZO LLP**
**ELIZABETH WILLIAMS, ESQ. SBN 92374**
**ewilliams@kdvglaw.com**
**PAMELA E. WOODSIDE, ESQ. SBN 226212**
**pwoodside@kdvglaw.com**
**425 California Street, Suite 2100**
**San Francisco, CA 94104**
**Telephone: (415) 926-7600**
**Facsimile: (415) 926-7601**

**Attorneys for Defendant**
**CONSTELLATION WINES U.S., INC.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATED EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**CONSTELLATION WINES U.S., INC. dba DUNNEWOOD VINEYARDS,**<br><br>Defendant. | **CASE NO. CV 11-04437 JSW**<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER; DECLARATION; [PROPOSED] ORDER**<br><br>Oral Argument Not Requested |

Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (hereinafter "Commission" or "EEOC") and Defendant CONSTELLATION WINES U.S., INC dba DUNNEWOOD VINEYARDS (hereinafter "Constellation"), through their respective counsel, hereby jointly move for a modification of the Court's January 30, 2012 Order Scheduling Trial and Pretrial Matters [Dkt. No. 24].

With the exception of a stipulation for additional time to conduct discovery prior to the Court

appointed ADR process, there has not been a prior modification of the Court's Scheduling Order in this case. As detailed in the accompanying Declaration, very good cause exists to grant the modification of the current Scheduling order.

| On behalf of Plaintiff U.S. EEOC | On behalf of Defendant Constellation Wines U.S., Inc. dba Dunnewood Vineyards |
|---|---|
| Dated: July 10, 2012 | Dated: July 10, 2012 |
| U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | KAUFMAN DOLOWICH VOLUCK & GONZO LLP |
| */s/ William R. Tamayo*<br>William R. Tamayo, Regional Attorney | */s/ Elizabeth Williams*<br>Elizabeth Williams<br>Attorney for Defendant |
| */s/ Jonathan T. Peck*<br>Jonathan T. Peck, Supervisory Trial Attorney | |
| */s/ Raymond T. Cheung*<br>Raymond T. Cheung, Senior Trial Attorney<br>Attorneys for Plaintiff U.S. EEOC | |

## GENERAL ORDER 45 ATTESTATION

I, Raymond T. Cheung, am the ECF User whose ID and password are being used to file this Joint Motion to Modify Scheduling Order and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Elizabeth Williams has concurred in this filing.

Date: July 10, 2012      By:     */s/ Raymond T. Cheung*
                                           RAYMOND T. CHEUNG

///
///
///

Joint Motion to Modify
Scheduling Order & [Proposed] Order     2
C-11-04437 JSW

**[Proposed] ORDER**

GOOD CAUSE APPEARING THEREFORE, the Court's January 30, 2012 Scheduling Order is hereby modified as follows:

| Current Deadlines | New Deadlines |
|---|---|
| Jury Trial Date: 3/11/2013 | 4/1/2013 |
| Pretrial Conference: 2/11/2013 | 3/4/2013 |
| Last Day to Hear Dispositive Motions: 12/7/2012 | 1/25/2013 |
| Last Day for Expert Discovery: 11/7/2012 | 12/26/2012 |
| Close of Non-expert Discovery: 10/8/2012 | 11/26/2012 |
| Further Case Management Conference: 10/12/2012 | ~~11/23/2012~~ 12/7/12 |
| Joint Supplemental Case Management Statement due: 10/5/2012 | ~~11/16/2012~~ 11/30/12 |

IT IS SO ORDERED.

Dated: July 11, 2012

HON. Jeffrey S. White
United States District Court Judge

Joint Motion to Modify
Scheduling Order & [Proposed] Order         3
C-11-04437 JSW