IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

    Plaintiff,

v.

CONSTELLATION BRANDS U.S., INC. dba
DUNNEWOOD VINEYARDS,

    Defendant.

No. C 11-04437 JSW

**ORDER OF REFERRAL RE CONSENT DECREE**

    Pursuant to Northern District Local Rule 72-1, the monitoring and enforcement of the Consent Decree entered on October 3, 2012, is HEREBY REFERRED to Magistrate Judge Nandar J. Vadas.

    **IT IS SO ORDERED.**

Dated: October 9, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE